IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL BLACK, AIS # 279868, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACT. NO. 2:19-cv-616-ECM |
| | ) (WO) |
| STEVE MARSHALL, ALABAMA A.G., | ) |
| Defendant. | ) |

## OPINION and ORDER

On August 30, 2019, the Magistrate Judge entered a Recommendation (doc. 3) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, the Plaintiff's motion to proceed *in forma pauperis* (doc. 2) is DENIED, and this case is DISMISSED without prejudice for the Plaintiff's failure to pay the filing and administrative fees upon the initiation of this case.

A separate Final Judgment will be entered.

Done this 10th day of October, 2019.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE