IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL BLACK, AIS # 279868, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACT. NO. 2:19-cv-616-ECM |
| STEVE MARSHALL, ALABAMA A.G., | ) |
| Defendant. | ) |

## FINAL JUDGMENT

In accordance with the order entered on this date adopting the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the Court that this case is DISMISSED without prejudice.

The Clerk is DIRECTED to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 10th day of October, 2019.

                /s/ Emily C. Marks
                EMILY C. MARKS
                CHIEF UNITED STATES DISTRICT JUDGE